DANIEL L. WARSHAW (SBN 185365)
  dwarshaw@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

EDWIN J. KILPELA (Admitted *Pro Hac Vice*)
  ekilpela@carlsonlynch.com
TODD D. CARPENTER (SBN 234464)
  tcarpenter@carlsonlynch.com
**CARLSON LYNCH LLP**
402 West Broadway, 29th Floor
San Diego, California 92101
Telephone: (619) 756-6994
Facsimile: (619) 756-6991

MELISSA S. WEINER (Admitted *Pro Hac Vice*)
  mweiner@pswlaw.com
JOSEPH C. BOURNE (SBN 308196)
  jbourne@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
800 LaSalle Avenue, Suite 2150
Minneapolis, Minnesota 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| DEREK SNARR, J. MICHAEL DUCA, and CANDACE GOULETTE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTO FINE FOODS INC., a Pennsylvania corporation, and DOES 1 through 50, inclusive,<br><br>Defendant. | CASE NO. 4:19-cv-02627-HSG<br><br>**CLASS ACTION**<br><br>**STIPULATION TO ENLARGE DEADLINES RELATING TO DEFENDANT'S MOTION TO DISMISS (L.R. 6.2)**<br><br>Judge Haywood S. Gilliam, Jr. |

Derek Snarr, J. Michael Duce, and Candace Goulette ("Plaintiffs") and Cento Fine Foods, Inc. ("Defendant") hereby stipulate and agree as follows:

WHEREAS, Defendant filed a Motion to Dismiss on June 28, 2019 (Dkt. 29), triggering a Response date for Plaintiffs of July 12, 2019, and a Reply date for Defendant by July 19, 2019;

WHEREAS, the parties agreed to an extension for Plaintiffs' response as Plaintiffs agreed to an extension of time for Defendant to file a dispositive motion and Plaintiffs' counsel was out of the country during a portion of Plaintiffs' response time, and thus it is reasonable to enlarge the time for Plaintiffs to Respond to Defendant's Motion to Dismiss and Defendant's Reply in Support of its Motion to Dismiss;

WHEREAS, the extensions of time will not alter the date of any event or deadline already fixed by the Court;

IT IS THEREFORE STIPULATED BETWEEN PLAINTIFFS AND THE DEFENDANT, subject to the Court's approval, that the following deadlines be extended as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Deadline for Plaintiffs to Respond to Defendant's Motion to Dismiss. | July 12, 2019 | July 22, 2019 |
| Deadline for Defendant to Reply in Support of its Motion to Dismiss. | July 19, 2019 | July 29, 2019 |

Dated: July 9, 2019                    Respectfully submitted,

*/s/ Melissa S. Weiner*
MELISSA S. WEINER

Melissa S. Weiner (Admitted *Pro Hac Vice*)
  mweiner@pswlaw.com
JOSEPH C. BOURNE (SBN 308196)
  jbourne@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610

Daniel L. Warshaw (SBN 185365)
  dwarshaw@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

Todd D. Carpenter (SBN 234464)
  tcarpenter@carlsonlynch.com
**CARLSON LYNCH, LLP**
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone: (619) 347-3517
Facsimile: (619) 756-6991

Edwin J. Kilpela (Admitted *Pro Hac Vice*)
  ekilpela@carlsonlynch.com
**CARLSON LYNCH, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246

*Attorneys for Plaintiffs*

Dated: July 9, 2019                 Respectfully submitted,

                                    */s/ Daniel S. Tyler*
                                    DANIEL S. TYLER

Sanjay S. Karnik
  sanjay@amintalati.com
Daniel S. Tyler
  daniel@amintalati.com
**AMIN TALATI & UPADHYE, LLP**
100 S. Wacker Drive, Suite 2000
Chicago, IL 60606
Telephone: (312) 784-1061
Facsimile: (312) 884-7352

| | |
|---|---|
| 1 | |
| 2 | Matthew R. Orr<br>  morr@calljensen.com |
| 3 | William P. Cole<br>  wcole@calljensen.com |
| 4 | **CALL & JENSEN**<br>610 Newport Center Drive |
| 5 | Suite 700<br>Newport Beach, CA 92660 |
| 6 | Telephone: (949) 717-3000<br>Facsimile: (949) 717-3100 |
| 7 | *Attorneys for Defendant* |

PEARSON, SIMON & WARSHAW, LLP
800 LASALLE AVENUE, SUITE 2150
MINNEAPOLIS, MINNESOTA 55402

**ATTESTATION REGARDING SIGNATURES**

I, Melissa S. Weiner, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**PEARSON, SIMON & WARSHAW, LLP**

By:  */s/ Melissa S. Weiner*

Melissa S. Weiner (Admitted *Pro Hac Vice*)
 mweiner@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610

*Attorney for Plaintiffs*