1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| DEREK SNARR, J. MICHAEL DUCA, and CANDACE GOULETTE, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CENTO FINE FOODS INC., a Pennsylvania corporation, and DOES 1 through 50, inclusive,<br><br>    Defendant. | CASE NO. 4:19-cv-2627-HSG<br><br>**CLASS ACTION**<br><br>[PROPOSED] **ORDER ENLARGING DEADLINES RELATING TO DEFENDANT'S MOTION TO DISMISS (L.R. 6.2)**<br><br>Judge Haywood S. Gilliam, Jr. |

Upon consideration of the parties' Stipulation to Enlarge Deadlines Relating to Defendant's Motion to Dismiss (L.R. 6.2), and having reviewed the parties' representations in support thereof, it is hereby ORDERED that:

1.  Plaintiffs will file their Response to Defendant's Motion to Dismiss on July 22, 2019.

2.  Defendant's Reply in Support of its Motion to Dismiss is due July 29, 2019.

1      PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3 DATED: July 11, 2019

4

5                                          Haywood S. Gilliam, Jr.

6                                          United States District Judge