# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK SNARR, J. MICHAEL DUCA, and CANDACE GOULETTE, on behalf of themselves, all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CENTO FINE FOODS INC., and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 4:19-cv-02627<br><br>**ORDER RESETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**<br><br>[N.D. Cal. Civ. L.R. 6-2]<br><br>Hon. Haywood S. Gilliam, Jr. |

Upon consideration of the parties' Stipulation to Reset Initial Case Management Conference and ADR Deadlines (L.R. 6.2), and having reviewed the parties' representations in support thereof, it is hereby ORDERED that Counsel must comply with the adjusted case schedule listed below:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Last day to: meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan  File ADR Certification signed by Parties and Counsel | July 23, 2019 | September 10, 2019 |
| Last day to file Rule 26(f) Report, complete with initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | August 6, 2019 | September 24, 2019 |
| Initial Case Management Conference (CMC) | August 13, 2019 | October 1, 2019 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 22, 2019

*Haywood S. Gilliam, Jr.*
Haywood S. Gilliam, Jr.
United States District Judge