# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| DEREK SNARR, J. MICHAEL DUCA, and CANDACE GOULETTE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTO FINE FOODS INC., a Pennsylvania corporation, and DOES 1 through 50, inclusive,<br><br>Defendant. | CASE NO. 4:19-cv-2627-HSG<br><br>**CLASS ACTION**<br><br>**ORDER ENLARGING DEADLINES RELATING TO DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT (L.R. 6.2)**<br><br>Judge Haywood S. Gilliam, Jr. |

Upon consideration of the parties' Stipulation to Enlarge Deadlines Relating to Defendant's Motion to Dismiss the Amended Complaint (L.R. 6.2), and having reviewed the parties' representations in support thereof, it is hereby ORDERED that:

1. Plaintiffs will file their Response to Defendant's Motion to Dismiss Amended Complaint on September 4, 2019.

2. Defendant's Reply in Support of its Motion to Dismiss Amended Complaint is due September 18, 2019.

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.
2    DATED: 8/16/2019

_Haywood S. Gilliam, Jr._
Haywood S. Gilliam, Jr.
United States District Judge