|   |   |
|---|---|
| 1 | |
| 2 | |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Derek Snarr, et al

        Plaintiff(s),

v.

Cento Fine Food Inc.

        Defendant(s).

Case No: 4:19-cv-2627-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Elizabeth Pollock-Avery, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Derek Snarr, J. Michael Duca, Candance Goulette in the above-entitled action. My local co-counsel in this case is Todd D. Carpenter, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222 | 1350 Columbia Street, Suite 603<br>San Diego, CA 92101 |
| My telephone # of record:<br>(412) 322-9243 | Local co-counsel's telephone # of record:<br>(619) 762-1910 |
| My email address of record:<br>eavery@carlsonlynch.com | Local co-counsel's email address of record:<br>tcarpenter@carlsonlynch.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: PA 314841.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/02/19

/s/ Elizabeth Pollock-Avery
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Elizabeth Pollock-Avery is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/4/2019

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT JUDGE  *October 2012*

*PRO HAC VICE* APPLICATION & ORDER



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Elizabeth L. Pollock-Avery, Esq.

#### DATE OF ADMISSION

**November 27, 2012**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: July 19, 2019

*Patricia Nicola*

Patricia A. Nicola
Chief Clerk