Matthew R. Orr, Bar No. 211097
 morr@calljensen.com
William P. Cole, Bar No. 186772
 wcole@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100

Appearance *Pro Hac Vice:*
Sanjay S. Karnik, Illinois Bar No. 6300156
 sanjay@amintalati.com
Daniel S. Tyler, Illinois Bar No. 6315798
 daniel@amintalati.com
AMIN TALATI WASSERMAN, LLP
100 S. Wacker Drive, Suite 2000
Chicago, IL 60606
Tel: (312) 327-3382
Fax: (312) 884-7352
Attorneys for Defendant Cento Fine Foods, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEREK SNARR, J. MICHAEL DUCA, and CANDACE GOULETTE, on behalf of themselves, all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CENTO FINE FOODS INC., and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 4:19-cv-02627-HSG<br><br>**ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS**<br>**(L.R. 7-7)**<br><br>Hon. Haywood S. Gilliam, Jr. |

Upon consideration of the parties Stipulation for Continuance of Hearing on Defendant's Motion to Dismiss (L.R. 7-7), and having reviewed the parties' representations in support thereof, it is hereby ORDERED that the hearing on Defendant's Motion to Dismiss (Dkt. No. 40) and the Initial Case Management

Conference scheduled for December 6, 2019 are continued to December 12, 2019 at 2:00 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/5/2019  _____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge