**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| DEREK SNARR, J. MICHAEL DUCA, and CANDACE GOULETTE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTO FINE FOODS INC., a New Jersey corporation, and DOES 1 through 50, inclusive,<br><br>Defendant. | CASE NO. 4:19-cv-2627-HSG<br><br>**ORDER** |

The Court grants the Joint Case Schedules, as follows:

1. End of Written Discovery for Class Certification: December 15, 2020
2. Plaintiffs' Class Certification Expert Report/Disclosure: December 15, 2020
3. Plaintiffs' Class Certification Motion: December 15, 2020
4. Defendant's Class Certification Expert Report/Disclosure: February 15, 2021
5. Defendant's Opposition to Plaintiff's Motion for Class Certification: February 15, 2021
6. Plaintiffs' Class Certification Expert Rebuttal Report: March 17, 2021
7. Plaintiffs' Reply in Support of Class Certification: March 17, 2021
8. Class Certification Hearing: April 22, 2021

**IT IS SO ORDERED.**

Dated: 10/7/2020

*Haywood S. Gilliam Jr.*
The Hon. Haywood S. Gilliam Jr.