1 | DANIEL L. WARSHAW (SBN 185365)
    dwarshaw@pswlaw.com
2 | **PEARSON, SIMON & WARSHAW, LLP**
    350 Sansome Street, Suite 680
3 | San Francisco, California 94104
    Telephone: (415) 433-9000
4 | Facsimile: (415) 433-9008

5 | EDWIN J. KILPELA (Admitted *Pro Hac Vice*)
    ekilpela@carlsonlynch.com
6 | TODD D. CARPENTER (SBN 234464)
    tcarpenter@carlsonlynch.com
7 | **CARLSON LYNCH LLP**
    402 West Broadway, 29th Floor
8 | San Diego, California 92101
    Telephone: (619) 756-6994
9 | Facsimile: (619) 756-6991

10 | MELISSA S. WEINER (Admitted *Pro Hac Vice*)
     mweiner@pswlaw.com
11 | JOSEPH C. BOURNE (SBN 308196)
     jbourne@pswlaw.com
12 | **PEARSON, SIMON & WARSHAW, LLP**
     800 LaSalle Avenue, Suite 2150
13 | Minneapolis, Minnesota 55402
     Telephone: (612) 389-0600
14 | Facsimile: (612) 389-0610

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| DEREK SNARR, J. MICHAEL DUCA, and CANDACE GOULETTE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTO FINE FOODS INC., a Pennsylvania corporation, and DOES 1 through 50, inclusive,<br><br>Defendant. | CASE NO. 4:19-cv-2627-HSG<br><br>**CLASS ACTION**<br><br>**ORDER EXTENDING CASE SCHEDULE DEADLINES**<br><br>Judge Haywood S. Gilliam, Jr. |

Upon consideration of the parties' Stipulation for a revised case schedule, and having reviewed the parties' representations in support thereof, it is hereby ORDERED that Counsel must comply with the adjusted case schedule below:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| End of Written Discovery for Class Certification | December 15, 2020 | January 15, 2021 |
| Class Certification Filing Deadline / Plaintiff's Class Certification Expert Report | December 15, 2020 | January 15, 2021 |
| Defendant's Opposition to Class Certification Motion / Defendant's Class Certification Expert Report | February 15, 2021 | March 15, 2021 |
| Plaintiffs' Reply to Defendant's Opposition to Class Certification Motion / Plaintiff's Expert Rebuttal Report | March 17, 2021 | April 19, 2021 |
| Class Certification Hearing | April 22, 2021 | May 20, 2021 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 13, 2020

Haywood S. Gilliam, Jr.
United States District Judge