DANIEL L. WARSHAW (SBN 185365)
  dwarshaw@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
350 Sansome Street, Suite 680
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

EDWIN J. KILPELA (Admitted *Pro Hac Vice*)
  ekilpela@carlsonlynch.com
TODD D. CARPENTER (SBN 234464)
  tcarpenter@carlsonlynch.com
**CARLSON LYNCH LLP**
402 West Broadway, 29th Floor
San Diego, California 92101
Telephone: (619) 756-6994
Facsimile: (619) 756-6991

MELISSA S. WEINER (Admitted *Pro Hac Vice*)
  mweiner@pswlaw.com
JOSEPH C. BOURNE (SBN 308196)
  jbourne@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
800 LaSalle Avenue, Suite 2150
Minneapolis, Minnesota 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| DEREK SNARR, J. MICHAEL DUCA, and CANDACE GOULETTE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTO FINE FOODS INC., a Pennsylvania corporation, and DOES 1 through 50, inclusive,<br><br>Defendant. | CASE NO. 4:19-cv-2627-HSG<br><br>**CLASS ACTION**<br><br>**STIPULATION OF DISMISSAL**<br><br>Judge Haywood S. Gilliam, Jr. |

Plaintiffs Derek Snarr, J. Michael Duca, and Candance Goulette ("Plaintiffs") and Defendant Cento Fine Foods, Inc. ("Defendant"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiffs and Defendant; and

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: January 7, 2021

/s/ Edwin J. Kilpela
Edwin J. Kilpela (Admitted *Pro Hac Vice*)
  ekilpela@carlsonlynch.com
Elizabeth Pollock-Avery (Admitted *Pro Hac Vice*)
  eavery@carlsonlynch.com
**CARLSON LYNCH, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246

Todd D. Carpenter (SBN 234464)
  tcarpenter@carlsonlynch.com
**CARLSON LYNCH, LLP**
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone: (619) 347-3517
Facsimile: (619) 756-6991

Melissa S. Weiner (Admitted *Pro Hac Vice*)
  mweiner@pswlaw.com
Joseph C. Bourne (SBN 308196)
  jbourne@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610

|   |   |
|---|---|
| 1 | Daniel L. Warshaw (SBN 185365) |
|   | dwarshaw@pswlaw.com |
| 2 | **PEARSON, SIMON & WARSHAW, LLP** |
|   | 350 Sansome Street, Suite 680 |
| 3 | San Francisco, CA 94104 |
| 4 | Telephone: (415) 433-9000 |
|   | Facsimile: (415) 433-9008 |
| 5 |   |
|   | Michael R. Reese (Cal Bar No. 206773) |
| 6 | **REESE LLP** |
|   | 100 West 93rd Street, 16th Floor |
| 7 | New York, New York 10025 |
| 8 | Telephone: (212) 643-0500 |
|   | Facsimile: (212) 253-4272 |
| 9 |   |
| 10 | *Attorneys for Plaintiffs* |

Dated: January 7, 2021

  /s/ Sanjay Karnik
Sanjay Karnik
  sanjay@amintalati.com
**AMIN TALATI WASSERMAN**
100 S. Wacker Dr.
Suite 2000
Chicago, Il 60606
Telephone: (312) 466-1033
Facsimile: (312) 884-7352


William P. Cole (SBN 186772)
  wcole@calljensen.com
Matthew R. Orr (SBN 211097)
  morr@calljensen.com
**CALL & JENSEN**
610 Newport Center Drive
Suite 700
Newport Beach, CA 92660
Telephone: (949) 717-3000
Facsimile: (949) 717-3100

*Attorneys for Defendant*

I attest that concurrence in the filing of this document has been obtained from each of the other signatories above.

  /s/ Edwin J. Kilpela
Edwin J. Kilpela