UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK SNARR, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CENTO FINE FOODS INC.,<br><br>　　　　Defendant. | Case No. 19-cv-02627-HSG<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AS TO NAMED PLAINTIFFS, AND WITHOUT PREJUDICE TO PUTATIVE CLASS**<br><br>Re: Dkt. No. 86 |

Pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice as to the named Plaintiffs, and without prejudice as to the putative class. Each party shall bear its own costs and expenses.

**IT IS SO ORDERED.**

Dated: 1/11/2021

　　　　　　　　　　　　　　　　　*Haywood S. Gilliam, Jr.*
　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　United States District Judge